Stuart Zisholtz, Esq.
ZISHOLTZ & ZISHOLTZ, LLP
200 Garden City Plaza, Suite 408
Garden City, New York 11530
Tel: 516-741-2200
Fax: 516-746-1024
stu@zzllp.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
SHALOM S. MAIDENBAUM,

               Plaintiff,

    -against-

AARON FISCHMAN, NINA FISCHMAN, LAWRENCE KATZ, THE LAW OFFICE OF LAWRENCE KATZ, P.C., THE LAW OFFICE OF LAWRENCE KATZ, ESQ., PLLC, and CHOSHEN ISRAEL GROUP, LLC,

               Defendants.
-----------------------------------------------------------x

Docket No. 2:18-cv-02911
(NGG-RER)

**NOTICE OF MOTION**

**S I R S:**

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Stuart S. Zisholtz, duly subscribed to the 14th day of June, 2019, and upon the Memorandum of Law in support, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court before Hon. Nicholas G. Garaufis, United States District Judge, at the United States District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order:

1.    pursuant to FRCP 15, granting the plaintiff leave to amend the complaint, and

2.    granting the plaintiff such other, further and different relief as the Court may deem just and proper in the premises.

**PLEASE TAKE NOTICE**, that answering Affidavits, if any, must be served pursuant to the schedule as set forth by this Court.

Dated: Garden City, New York
June 14, 2019

                                Yours, etc.,

                                ZISHOLTZ & ZISHOLTZ, LLP

                                By: _____/s/_____.
                                Stuart S Zisholtz (7533)
                                Attorneys for Plaintiff
                                Office and P.O. Address
                                200 Garden City Plaza, Suite 408
                                Garden City, New York 11530
                                516-741-2200

TO:    LEVI HUEBNER & ASSOCIATES, P.C.
          *Attorneys for Defendants*
          338 Atlantic Avenue, Suite 202
          Brooklyn, New York 11201
          212-354-5555