# Levi Huebner & Associates, PC
## Attorneys and Counselors at Law

488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel:  (212) 354-5555
Fax: (718) 636-4444

email: NEWYORKLAWYER@MSN.COM

September 5, 2019

Judge Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    <u>**Maidenbaum v. Fischman, et al., - Case No. 18-cv-02911 (JFB-GRB)**</u>

Honorable Judge Garaufis:

      I represent the defendants Aaron Fischman, Nina Fischman, Lawrence Katz, The Law Office of Lawrence Katz, P.C., The Law Office of Lawrence Katz, Esq., PLLC, (collectively the "Defendants") in this matter.

      By electronic Order dated August 8, 2019, Your Honor directed Defendants to file opposition to Plaintiff's Motion to amend. Later on, the Court granted the first extension to file the opposition by September 6, 2019.

      From July 17, 2019 my office had a setback because I suffered retina issues which required multiple procedures and follow-ups from which I am still recovering. Thereafter, I had three laser procedures followed by surgery on August 15, 2019. Unfortunately, I suffered further retinal detachment and underwent further emergency surgery on September 5, 2019.

      This is Defendants second request for an extension to submit opposition and Defendants respectfully request that their deadline be extended from September 5, 2019 to September 26, 2019.

      I have contacted counsel for Plaintiff together with proof of the surgery appointment for today.  Mr. Blumenthal responded objecting[1].

LH:yw dictated but not read.

      Respectfully submitted,

      / s / Levi Huebner

      Levi Huebner

      *Attorneys for Defendants*

Via ECF to: All counsel of record.

---

[1] In response to the undersigned's first request for an extension to file the opposition, Mr. Blumenthal objected on the basis that the undersigned did not provide proof. This time proof was provided, and Mr. Blumenthal still objected.