**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand twenty,

| | |
|---|---|
| Shalom S. Maidenbaum, | **ORDER** |
| Plaintiff - Appellant, | Docket Number: 20-1311 |
| v. | |
| Aaron Fischman, Nina Fischman, Lawrence Katz, The Law Office of Lawrence Katz, P.C., The Law Office of Lawrence Katz, Esq. PLLC, | |
| Defendants - Appellees, | |
| Choshen Israel Group, LLC, | |
| Defendant. | |

A notice of appeal was filed on April 21, 2020. Appellant's Form C and D were due May 05, 2020 The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 11, 2020 if the forms are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/10/2020